IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN DOMINO, MARGO
DOMINO, ROGER SPRINGMAN,
LEONORE NEUMANN, VERONICA
NEUMANN-THOMPSON,
NICHOLAS THOMPSON and
YVONNE NEHRING,

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-213-bbc

    Plaintiffs,

v.

DIDION ETHANOL, LLC,

    Defendant.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing this case against defendant with prejudice.

_____    7/21/10
Peter Oppeneer, Clerk of Court        Date